# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| HENRY OJUMA,                              ) | |
| )                                         | |
| Petitioner,                               ) | |
| )                                         | |
| v.                                        ) | CIVIL ACTION NO. |
| )                                         | 4:16-cv-0354-KOB-JEO |
| LORETTA LYNCH, Attorney General           ) | |
| of the United States of America,          ) | |
| )                                         | |
| Respondent.                               ) | |

## MEMORANDUM OPINION

Henry Ojuma, acting *pro se*, filed his habeas corpus action under 28 U.S.C. § 2241 alleging that ICE was unlawfully detaining him at the Etowah County Detention Center in Gadsden, Alabama, pending his removal from the United States pursuant to the Immigration and Nationality Act. (Doc. 1). The respondent filed a motion to dismiss this matter as moot. (Doc. 12). Upon consideration, the court finds that the respondent's motion is due to be granted.

In support of her motion to dismiss, the respondent filed evidentiary materials showing that the petitioner was released from custody under order of supervision on March 23, 2016. (Doc. 12-1). Thus, the petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide

'meaningful relief'"). Accordingly, the court finds that this matter is due to be dismissed as moot.

    The court will enter a separate Final Order.

    DONE and ORDERED this 29th day of April, 2016.

                                    _____
                                    KARON OWEN BOWDRE
                                    CHIEF UNITED STATES DISTRICT JUDGE